**Order entered August 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

Before the Court is appellant's August 6, 2013 motion to produce. Appellant requests that this Court order the court reporter to produce audio tape recordings for four of the five volumes of reporter's records. Appellant specifies only one alleged inaccuracy in volume two. The reporter's record states: "And I would like to preserve for the appellate court any objections of the hearing for the record." Appellant contends he actually said the following: "And I would like to preserve for the appellate court any objections of you hearing this TRO for the record."

We do not find the single alleged inaccuracy to be of significance. Accordingly, we **DENY** appellant's motion without prejudice to filing a motion specifying any omission or inaccuracy of consequence.

/s/    ELIZABETH LANG-MIERS
             JUSTICE